**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jimoh A. BADMUS, Defendant–
Appellant.**

**No. 03–6006.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 14, 2003.

Decided May 29, 2003.

John O. Iweanoge, Jr., Law Offices of John O. Iweanoge, P.A., Rosslyn, Virginia,

for Appellant. Paul J. McNulty, United States Attorney, Stephanie L. Bibighaus, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Jimoh A. Badmus appeals the district court's order denying his petition for a writ of *audita querela.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Badmus,* No. CR–91–453–1 (E.D.Va. Oct. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*